

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-18-00036-CR

Efrain Leonel **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000241-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The reporter's record in this case was originally due on April 13, 2018. On April 20, 2018, David Laurel, the court reporter responsible for part of the reporter's record in this case filed a Notice of Late Record, requesting an extension until June 1, 2018. The court granted the request in part, extending the deadline to May 29, 2018. On June 8, 2018, David Laurel filed a second Notice of Late Record. We therefore **ORDER** David Laurel to file the reporter's record no later than June 29, 2018, thirty days from the previous deadline. **Further requests for an extension of time will be disfavored**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court